**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00376-WJM-MJW

ROY ALBERT KAHN,

      Petitioner,

v.

CHARLES DANIELS,

      Respondent.

---

## ORDER DISMISSING ACTION

---

      This matter is before the Court on Petitioner Roy Albert Kahn's Motion to Dismiss Case ("Motion").  (ECF No. 17.)  In the Motion, Petitioner states that he has been released from federal custody, and therefore his 28 U.S.C. § 2241 petition is moot because the relief requested in his petition does not affect his supervised release.  (*Id.*)  Respondent Charles Daniels has filed a Response, in which he agrees that "the Application pursuant to 28 U.S.C. § 2241 is moot because Applicant has been released from prison."  (ECF No. 19.)

      Petitioner's 28 U.S.C. § 2241 petition in this action challenged a prison disciplinary finding that resulted in his loss of 20 days of good time credits.  (ECF No. 1.)  The Court therefore agrees that, because the § 2241 petition only seeks to shorten Petitioner's prison sentence, this action is moot because Petitioner has been released from prison.  *See Rhodes v. Judiscak*, 676 F.3d 931 (10th Cir. 2012) (holding that a §

2241 petition that only seeks to shorten a term of imprisonment is mooted by the petitioner's release from prison).

In accordance with the foregoing, the Court hereby ORDERS as follows:

(1)   Petitioner's Motion to Dismiss Case (ECF No. 17) is GRANTED;

(2)   Petitioner's Objection (ECF No. 15) to the Magistrate Judge's Recommendation (ECF No. 14) is OVERRULED as MOOT; and

(3)   This action is DISMISSED WITH PREJUDICE, with each side to bear his own costs.

Dated this 13th day of September, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge